UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JOHN DENNIS SANFORD | ) | |
| | ) | |
| v. | ) | No. 2:13-0043 |
| | ) | Judge Sharp |
| DAVID ANDREWS, et al. | ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that this case be dismissed without prejudice because Plaintiff failed to file with the Court a written statement informing the Clerk's Office of his current address as required by a May 5, 2014 Order. No objections have been filed to the recommended disposition, and, having reviewed the matter in accordance with Rule 72(b) of the Federal Rules of Civil Procedure, the Report and Recommendation (Docket No. 26) is hereby ACCEPTED and APPROVED, and this case is hereby DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court shall enter final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE